UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No.  1:14-ml-2570-RLY-TAB
 PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to Plaintiff:
Brandt Cappitelli


**<u>MOTION TO WITHDRAW AS COUNSEL OF RECORD</u>**

NOW COMES Movant, Craig N. Ettinger, and hereby respectfully moves this Court for leave to withdraw as counsel of record for Plaintiff, BRANDT CAPPITELLI.  In support thereof, Movant states as follows:

1.      Craig N. Ettinger is an additional attorney of record for the above-referenced Plaintiff and has not appeared as the lead or trial attorney.  Movant seeks to withdraw as he is no longer employed by Plaintiff's law firm, Rubin & Machado, Ltd.

2.      Mr. Cappitelli has representation in this matter by the law firm of Rubin & Machado, Ltd.  Emilio Machado, who is a partner of Rubin & Machado, Ltd., is the lead attorney on Mr. Cappitelli's case.  By Mr. Machado maintaining his appearance in this case and continuing to represent Mr. Cappitelli, Mr. Cappitelli will suffer no prejudice in the Court granting Movant's request for leave to withdraw from this case.

WHEREFORE, Movant, Craig N. Ettinger, respectfully requests entry of an order granting him leave to withdraw his appearance as counsel of record for Plaintiff, BRANDT CAPPITELLI.

Respectfully submitted by:

*/s/ Craig N. Ettinger*
Craig N. Ettinger
T: 847-212-6323
Craige2257@gmail.com